IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. CRAWFORD, JENNIFER CRAWFORD,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　　　Defendant. | 1:11-cv-1624 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2011 |

　　　　In this action to enjoin a nonjudicial foreclosure sale, defendant Wells Fargo Bank, N.A. ("Defendant") has moved for dismissal of the First Amended Complaint ("FAC") of plaintiffs Robert and Jennifer Crawford ("Plaintiffs").  The matter was scheduled for oral argument to be held December 5, 2011.  The Court has reviewed Plaintiffs' motion.  Opposition, which was due not later than November 22, 2011, was not filed as of that date and consequently the motion may not be opposed at oral argument.  Local Rule 78-230(b).  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and no party shall appear at that time.  As of December 5, 2011, the Court will take the matter under submission, and will thereafter issue its decision.  IT IS SO ORDERED.

Dated:　November 30, 2011

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE