# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. CRAWFORD; JENNIFER CRAWFORD,<br><br>    **Plaintiffs**,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; AMERICAN SECURITIES COMPANY; and the WOLF FIRM,<br><br>    **Defendants.** | 1:11-CV-1624 AWI SMS<br><br>**ORDER DISMISSING ACTION AND ORDERING ENTRY OF JUDGMENT** |

On May 31, 2012, the court dismissed the complaint of plaintiffs Robert Cawford and Jennifer Crawford ("Plaintiffs") for lack of subject matter jurisdiction. Doc. # 18. In its order of May 31, the court granted leave to amend and ordered that any amended complaint be filed not later than twenty-eight days from the date of service of the order. The deadline for the filing of an amended complaint in this action passed as of June 29, 2012. Defendants Wells Fargo Bank, et al. notified the court of Plaintiffs' failure to timely file an amended complaint on July 20, 2012, and filed a motion to dismiss for lack of prosecution on October 16, 2012.

As Defendants note, Rule 41(b) of the Federal Rules of Civil Procedure authorizes a defendant to move for dismissal of an action for failure to prosecute the action or for failure to follow an order of the court. Pursuant to Rule 41(b), "a dismissal under this subdivision (b) and

any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates and an adjudication on the merits." The court notes that the underlying reason for the dismissal is the court's lack of subject matter jurisdiction. Therefore, while the court finds that dismissal with prejudice is proper under Rule 41(b), the dismissal is for lack of jurisdiction and is therefore not on the merits of Plaintiff's claims.

THEREFORE, it is hereby ORDERED that Plaintiff's action is DISMISSED in its entirety as to all Defendants with prejudice. The Clerk of the Court shall ENTER JUDGMENT in favor of Defendants and shall CLOSE the CASE.

IT IS SO ORDERED.

Dated:     November 20, 2012

UNITED STATES DISTRICT JUDGE